# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENNETT CADY and GLORA CADY<br><br>Plaintiffs,<br><br>vs.<br><br>STAR TRANSPORTATION, LLC<br>and JONATHAN CARNAHAN;<br><br>Defendants. | CASE NO. 2:11-cv-268<br><br>DEMAND FOR JURY TRIAL |

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT STAR TRANSPORTION, LLC AND JONATHAN CARNAHAN

In consideration of Plaintiffs' filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Defendants Star Transportation, LLC and Jonathan Carnahan the Court hereby dismisses all claims against Defendant Star Transportation, LLC and Jonathan Carnahan with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**SIGNED this 5th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE